**MONICA L. BERMUDEZ**
Attorney At Law, SBN275434
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: mbermudez@lawtorres.com

Attorney for:
RAJKAMAL KAUR GIL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAJKAMAL KAUR GIL,<br><br>　　　　　Defendant | ) Case No. 1:15-CR-00120 LJO-SKO<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE STATUS CONFERENCE**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND MEGAN RICHARDS, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, RAJKAMAL KAUR GIL, by and through her attorney of record, MONICA L. BERMUDEZ hereby requesting that the Status Conference currently set for Monday, July 20, 2015 be continued to Monday, August 31, 2015.

　　I stared Jury Trial today, July 16, 2015, in the matter of *People v. Victor Rangel, Jr., MF0115883A*, in the Kern County Superior Court.  Trail is anticipated to last approximately two weeks. I have spoken to AUSA Megan Richards, and she has no objection to continuing the Status Conference.

　　The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

                          Respectfully Submitted,

DATED: 7/16/15              ***/s/ Monica L. Bermudez***
                                  MONICA L. BERMUDEZ
                                  Attorney for Defendant
                                  RAJKAMAL KAUR GIL

DATED: 7/16/15              ***/s/Megan Richards***
                                  MEGAN RICHARDS
                                  Assistant U.S. Attorney

# ORDER

      The parties' request for a continuance of the status conference is DENIED as untimely. Pursuant to the Eastern District of California (Fresno Division) Criminal Case Management Plan, "[a]ll stipulated continuances must be filed through ECF by Thursday at noon prior to the Monday hearing."  The Court will consider an exception to the timeliness of the request only in the event that an articulated circumstance occurred to prevent the parties from complying with the deadline.

      The parties are also cautioned that any future request for an extension of time must be supported by good cause and shall include a detailed explanation demonstrating due diligence, including a description of what actions have been undertaken, and what further actions are

///

///

///

///

1  needed, to move the case forward.  Counsel's calendar conflict alone does not constitute good
2  cause.
3
4  IT IS SO ORDERED.
5      Dated:   **July 16, 2015**                              **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE