# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 11 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:15-cr-00120 – LJO/SKO - 001 |
| ) | |
| Rajkamal Kaur Gill ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Rajkamal Kaur Gill____, have discussed with ____Francisco J. Guerrero____, Pretrial Services Officer, modifications of my release conditions as follows:

The defendant shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9-11-15          _____  9/11/2015
Signature of Defendant      Date             Pretrial Services Officer   09/03/2015
                                                                         Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    9/11/2015
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    9/4/15
Signature of Defense Counsel                 Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ____9/11/15____.
[ ] The above modification of conditions of release is *not* ordered.

_____                    9/11/15
Signature of Judicial Officer                Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services