**United States District Court**
**EASTERN DISTRICT OF CALIFORNIA**



FILED
SEP 1 8 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. ) Case No. 1:15CR00120 LJO/SKO
Rajkamal Kaur Gill )

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Rajkamal Kaur Gill__, have discussed with __Francisco Guerrero__, Pretrial Services Officer, modifications of my release conditions as follows:

You shall participate in the substance abuse treatment program at Westcare, California, and comply with all the rules and regulations of the program. You shall remain at Westcare, California inpatient facility until released by the pretrial services officer; A responsible party, approved by Pretrial Services, shall escort you to all required court hearings and escort you back to the program upon completion of the hearing.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9/18/15      _____  9/18/15
Signature of Defendant   Date         Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____              9-18-15
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              9-18-15
Signature of Defense Counsel                   Date

**ORDER OF THE COURT**

☒ The above modification of conditions of release is ordered, to be effective on September 18, 2015
☐ The above modification of conditions of release is *not* ordered.

_____              9/18/2015
Signature of Judicial Officer                   Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services