**LAW OFFICE OF MONICA L. BERMUDEZ**
Monica L. Bermudez SBN 275434
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: mbermudez@lawtorres.com

Attorney for
RAJKAMAL GIL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:15-CR-00120 LJO SKO |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE STATUS CONFERENCE** |
| RAJKAMAL GIL, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND MEGAN RICHARDS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAJKAMAL GIL, by and through her attorney of record, MONCIA L. BERMUDEZ hereby requesting that the Status Conference currently set for Monday, November 2, 2015 be continued to Monday, November 30, 3015.

My client is currently in an in-patient treatment program and the West Care Facility in Fresno. CA. I have also received a plea in this matter and would like additional time to meet with my client to convey the offer.  I have spoken to AUSA Megan Richards, and she has no objection to continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

Stipulation and Proposed Order to Continue Status Conference

1

//

**IT IS SO STIPULATED.**

                                        Respectfully Submitted,

DATED: 10/29/15                                       */s/ David A Torres*
                                                          DAVID A. TORRES
                                                          Attorney for Defendant
                                                          PABLO CESAR SAHAGUN

DATED: 10/29/15                                         */s/Megan Richards*
                                                          MEGAN RICHARDS
                                                          Assistant U.S. Attorney

# ORDER

     At the second status conference on August 31, 2015, the Court set a further status conference on November 2, 2015. The parties were informed that if the matter is not resolved before the the next hearing, they shall be prepared to set the case for trial at the November 2, 2015 status conference. As such, the parties' stipulated request for a continuance of the status conference is DENIED.

IT IS SO ORDERED.

Dated:   **October 29, 2015**                              /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE