**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1318 "K" Street
Bakersfield, CA 93301
Tel.: (661) 326-0857
Fax: (661) 326-0936
E-mail: mbermudez@lawtorres.com

Attorney for
**Rajkamal Gil**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00120-LJO-SKO |
| Plaintiff, | **STIPULATION REGARDING CONTINUANCE AND EXCLUDING TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDERS** |
| vs. | |
| RAJKAMAL GILL, | |
| Defendant. | |

## STIPULATION

Defendant, Rajkamal Gill, by and through her attorney, Monica L. Bermudez, and Plaintiff, United States of America, hereby stipulate as follows:

1. This matter is set for a sentencing on March 7, 2016 at 9:00 a.m. before the Honorable District Judge Lawrence J. O'Neill.

2. By this stipulation, the parties agree to continue the sentencing in this matter until June 27, 2016, at 8:30 a.m.

3. Counsel for Ms. Gill, Monica L. Bermudez, is on maternity leave and will not return until June 2016.

4. Ms. Gill is currently residing at Westcare where she is receiving drug counselling. She is anticipated to graduate from the program in June 2016.

5. The parties agree and stipulate and request that the Court find the following:

    a. Due to counsel's medical leave, a continuance to June 27, 2016 is necessary in this matter.

    b. Based on the above-stated findings, the ends of justice is served by continuing the case as required outweighs the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.

                                                Respectfully Submitted,

Dated: February 20, 2016                     */s/ Monica L. Bermudez*
                                                MONICA L. BERMUDEZ
                                                Attorney for Rajkamal Gill

Dated: 2/23/16                                  */s/Patrick Delahunty*
                                                PATRICK DELAHUNTY
                                                Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

   Dated:  **February 24, 2016**          **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE