LAW OFFICE OF MONICA L. BERMUDEZ
Monica L. Bermudez, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661) 616-2141
Fax: (661) 322-7675
Email: monica@lawbermudez.com

Attorney for:
Rajkamal Gill

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Rajkamal Gill,<br><br>　　　　Defendants. | Case No. 1:15-cr-120-LJO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Date: April 9, 2018<br>Time: 9:00 a.m.<br>**Courtroom: JLT** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND MEGAN RICHARDS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAJKAMAL GILL, by and through her attorney of record, MONICA L. BERMUDEZ, hereby requesting that the sentencing hearing currently set for Monday, March 12, 2018, be continued to Monday, April 9, 2018 at 9:00 a.m.

Defense Counsel, Monica L. Bermudez, is currently in trial in the matter of *People v. Monica Magana* BF168932B and will be unavailable until April 9, 2018. Defense Counsel has discussed the request to vacate and continue the hearing with Ms. Richards and there is no objection to Defense Counsel's request.

1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

DATED: March 5, 2018

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Rajkamal Gill

DATED: March 5, 2018

*/s/Megan Richards*
MEGAN RICHARDS
Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORERED that the sentencing hearing currently set for March 12, 2018, before Honorable Lawrence J. O'Neill is continued to Monday, April 9, 2018 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **March 6, 2018**         /s/ Lawrence J. O'Neill
                         UNITED STATES CHIEF DISTRICT JUDGE